IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HOWARD SMITH and GRACE SMITH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 2:09-cv-387-TMP |
| ) | |
| NATIONAL ENTERPRISE SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |

ORDER OF DISMISSAL WITH PREJUDICE

On May 6, 2009, the plaintiffs in the above-styled action filed their Rule 41(a) notice of voluntary dismissal with prejudice in this action. On the notice of dismissal, it is, therefore,

ORDERED, that the above-styled action is due to be and hereby is DISMISSED WITH PREJUDICE.

DATED this the 7th day of May, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE